IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


MARTHA E. MIRACLE OWENS,              )
                                      )
v.                                    )          2:07-0069
                                      )
MICHAEL J. ASTRUE, Commissioner of Social )
    Security.                         )


**O R D E R**


Before the Court is the Report and Recommendation of Magistrate Judge Griffin in which she recommends that the Plaintiff's Motion for Judgment on the Administrative Record be granted, this case be remanded, and the Defendant's Motion for Summary Judgment be denied.

The Court has considered the report of the Magistrate Judge and finds that the report is correct in law and fact.

For the reasons set forth in the Report and Recommendation, the Plaintiff's Motion for Judgment on the Administrative Record, Document #14, is **GRANTED** to the extent that this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) because the Administrative Law Judge committed legal error in failing to comply with the mandate of this Court. The Defendant's Motion for Summary Judgment, Document #23, is **DENIED**. This case is **REMANDED** with instructions to the Administrative Law Judge to strictly comply with the instructions set forth in the Court's March 30, 2006 order in resolving Plaintiff's claim.

It is so **ORDERED**.


Thomas A. Wiseman, Jr.
Senior U.S. District Judge